TERRITORY OF HAWAII, BY EDWARD N. SYLVA, ITS ATTORNEY GENERAL *v.* MARY A. MENDONCA, FRANCIS K. SYLVA, EDWARD N. SYLVA, TRUSTEES UNDER THAT CERTAIN DEED OF TRUST DATED JANUARY 2, 1929, AND RECORDED IN THE BUREAU OF CONVEYANCES AT HONOLULU, IN LIBER 995, PAGE 101.

No. 4156.

OCTOBER 12, 1962.

TSUKIYAMA, C.J., WIRTZ, J., CIRCUIT JUDGE HAWKINS, IN PLACE OF CASSIDY, J., DISQUALIFIED, CIRCUIT JUDGE HEWITT, IN PLACE OF LEWIS, J., DISQUALIFIED, AND CIRCUIT JUDGE JAMIESON, IN PLACE OF MIZUHA, J., DISQUALIFIED.

*Per Curiam.* The petition for rehearing sets forth matters which have already been fully considered by the court. The "projected" Mendonca Estate lots were utilized under the evidence merely to determine the nature and extent of the benefit of access to the remaining lands of the Mendonca Estate as an entity and not as subdivided lots.

Accordingly, the petition for rehearing is denied without argument.

*Shiro Kashiwa,* Attorney General, and *Daniel D. S. Moon,* Deputy Attorney General, for the petition.